735 A.2d 1260

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Jamal MURRAY, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 25, 1999.

## *ORDER*

PER CURIAM:

**AND NOW,** this 25th day of August, 1999, the Petition for Allowance of Appeal is GRANTED, limited to the following issue:

Did the PCRA court err by dismissing Appellant's PCRA petition as untimely filed without first holding an evidentiary hearing to determine whether Appellant's trial counsel was ineffective for failing to file a timely direct appeal on his behalf?

The instant appeal is to be submitted on the briefs to this Court.